IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DELILAH MONTOYA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:13-cv-00295** |
| | § | |
| **UNIVERSITY OF HOUSTON,** | § | |
| **Defendant** | § | |

**THE PARTIES' AGREED MOTION TO MODIFY THE COURT'S
SCHEDULING/DOCKET CONTROL ORDER OF APRIL 17, 2013**

TO THE HONORABLE KEITH P. ELLISON:

NOW COMES PLAINTIFF DELILAH MONTOYA AND DEFENDANT
UNIVERSITY OF HOUSTON, and files this Agreed Motion to Modify the Court's April 16,
2013 Scheduling Order.

**I.**
**MOTION TO MODIFY SCHEDULING/DOCKET CONTROL ORDER**

A.   DISCOVERY COMPLETION DEADLINE

The Parties have mutually agreed to a brief extension of the Discovery Deadline from
February 14, 2014 to March 15, 2014.  The parties have exchanged written discovery but need
additional time to complete depositions.  This change will not impact the Court's schedule and is
sought not solely for delay but so that justice may be done.

B.   DISPOSITIVE MOTION DEADLINE

The Dispositive and Non-Dispositive Motions deadline is presently set for March 4,
2014.  The Parties seek to extend that date by just over two weeks to March 21, 2014 so that they
may complete depositions and discuss potential settlement options prior to filing dispositive
motions.  This change does impact the Court's schedule insofar as it reduces the time between

the dispositive motion deadline and the trial date of June 2, 2014.  However, the parties are confident that the disposition of any dispositive motion will be relatively simple given Plaintiff's straightforward allegations of pay disparity between herself and two male colleagues.

## II.
## CONCLUSION

The parties seek these extensions to ensure that the case is fully and that all settlement opportunities are exhausted before dispositive motions are filed.  Therefore, the parties seek modification of the discovery deadline to March 14, 2014 and the dispositive motion deadline to March 21, 2014.

Respectfully submitted,

/s/ Ellen Sprovach (by permission)
ELLEN SPROVACH
USDC SD/TX No. 22202
Texas State Bar ID 24000672
ROSENBERG & SPROVACH
3555 Timmons Lane, Suite 610
Houston, Texas 77027
(713) 960-8300
(713) 621-6670 (Facsimile)

Attorney-in-Charge for Plaintiff

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

JAMES "BEAU" ECCLES
Chief - General Litigation Division

/s/ Eric L. Vinson
ERIC L. VINSON
Assistant Attorney General
Texas Bar No. 24003115
Southern District No. 22186
Attorney-in-Charge
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120  Phone
(512) 320-0667  Fax

ATTORNEYS FOR DEFENDANT