IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2014

David J. Bradley, Clerk
Laredo Division

**DELILAH MONTOYA**

    Plaintiff,

v.

**UNIVERSITY OF HOUSTON**

    Defendant

CA No. 4:13-cv-295

JURY DEMANDED

ORDER GRANTING
PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE- UNOPPOSED

On this __24th__ day of __June__, 2014, the above case came on for hearing upon PLAINTIFF'S NOTICE OF NON-SUIT WITH PREJUDICE and having considered same it is ORDERED as follows:

I.     That Plaintiff's Motion for Dismissal With Prejudice- Unopposed is **GRANTED**. Each Party is to bear its own costs and attorney's fees.

II.     It is further ordered that the clerk shall mail to all counsel of record a copy of this Order.

Done this __24th__ day of __June__, 2014 at Houston, Texas.

*Keith P. Ellison*
Keith P. Ellison
District Judge

Order Granting Motion for Dismissal With Prejudice- Unopposed